IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| (1) WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust, <br><br>           Plaintiff, <br><br>    v. <br><br> (1) ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust; and (2) the ROBERT A. FUNK TRUST, <br><br>           Defendants. | Case No. 5:11-cv-00294-C |

## PLAINTIFF'S OBJECTIONS TO
## FUNK DEFENDANTS' FINAL EXHIBIT LIST

Plaintiff William H. Stoller submits the following objections to the final exhibit list of defendants Robert A. Funk and The Robert A. Funk Trust dated December 24, 2013:

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 1. | 5/5/1983 | Articles of Incorporation of Express Temporary Help Service, Inc. (ESI) |  |  |
| 2. | 6/11/1983 | ESI Bylaws |  |  |
| 3. | 7/8/1983 | Amendment to Articles of Incorporation |  |  |
| 4. | 11/12/1984 | Amendment to ESI Articles of Incorporation |  |  |
| 5. | 3/11/1985 | Amendment to Articles of Incorporation |  |  |
| 6. | 3/13/1985 | Restated Articles of Incorporation |  |  |
| 7. | 11/30/1989 | ESI Statement of Change of Registered office |  |  |
| 8. | 3/26/1990 | ESI Amendment to Articles of Incorporation |  |  |
| 9. | 6/16/1993 | Amendment to Articles of Incorporation |  |  |

1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 10. | 4/7/1999 | Shareholder Agreement | | |
| 11. | 9/22/2004 | Stoller email to Funk | | |
| 12. | 10/23/2005 | Email chain between Stoller and Funk | | |
| 13. | 3/15/2006 | Unanimous Consent of ESI Board | | |
| 14. | 3/15/2006 | Agreement between Bob Funk and Bill Stoller | | |
| 15. | 3/15/2006 | ESI Guaranty | | |
| 16. | 9/14/2006 | Stoller/Funk email chain | FUNK 013039-FUNK 013040 | |
| 17. | 9/15/2006 | Amended & Restated ESI Guaranty | | |
| 18. | 9/15/2006 | ESI Certificate of Officer | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14. |
| 19. | 6/1/2007 | Stoller email to Funk | STO211724 | |
| 20. | 6/1/2007 | Unanimous Consent of ESI Board of Directors | ESI 0918696 | |
| 21. | 6/5/2007 | ESI Amended and Restated Guaranty | | |
| 22. | 6/22/2007 | ESI Board Minutes | | |
| 23. | 9/25/2007 | ESI Board Minutes | | |
| 24. | 11/7/2007 | Shareholder Agreement | | |
| 25. | 12/7/2007 | ESI Board Minutes | | |
| 26. | 1/24/2008 | Funk/Stoller emails | | Irrelevant |
| 27. | 6/17/2008 | ESI Board Minutes | | |
| 28. | 9/17/2008 | ESI  Board Minutes | | |
| 29. | 9/22/2008 | Stoller/Funk emails | FUNK 001828 | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 30. | 10/1/2008 | Stoller/Funk emails | FUNK 026887 | Irrelevant |
| 31. | 10/9/2008 | Stoller/Funk emails | ESI 0766935 | Irrelevant |
| 32. | 12/5/2008 | ESI Board Minutes | | |
| 33. | 1/4/2009 | Stoller/Funk emails | ESI 0790780 | |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 34. | 1/28/2009 | Stoller email to Funk | ESI 0771050 | |
| 35. | 3/1/2009 | Stoller/Funk emails | ESI 0790935 | |
| 36. | 3/12/2009 | ESI Board Minutes | | |
| 37. | 3/26/2009 | Stoller/Funk emails | | Irrelevant |
| 38. | 3/30/2009 | Funk email to Stoller | | Irrelevant |
| 39. | 6/25/2009 | ESI Board Minutes | | |
| 40. | 7/27/2009 | Stoller/Funk emails | ESI 0773958 | |
| 41. | 9/17/2009 | Andrea Boutwell letter to Corbyn | FUNK_E_016202 | |
| 42. | 9/22/2009 | Rupert email to Rawlinson & Corbyn | FUNK_E_014005 | Hearsay |
| 43. | 9/22/2009 | Corbyn letter to Rupert & Morgan | ESI 0421481 | Irrelevant; Hearsay; Incomplete |
| 44. | 9/23/2009 | Corbyn email to Rawlinson | FUNK_E_014103 | Irrelevant; Hearsay |
| 45. | 9/23/2009 | Rawlinson/Corbyn/Rupert emails | | Irrelevant |
| 46. | 9/24/2009 | Corbyn/Rawlinson email chain | FUNK_E_014136-FUNK_E_014137 | Irrelevant |
| 47. | 9/24/2009 | Rupert email to Rawlinson & Corbyn | ESI 0962447 | Irrelevant; Hearsay |
| 48. | 9/26/2009 | Rawlinson email to Rupert | FUNK_E_014130 | Irrelevant |
| 49. | 10/30/2009 | Corbyn email to Rupert & Morgan | FUNK_E_013742-FUNK_E_013752 | Hearsay |
| 50. | 10/30/2009 | Corbyn email to Morgan & Rupert | FUNK_E_013753-FUNK_E_013756 | Irrelevant; Hearsay |
| 51. | 12/3/2009 | Rupert letter to Rawlinson | ESI 0424864-ESI 0424865 | Irrelevant; Hearsay |
| 52. | 12/3/2009 | Rupert email to Tom Richards, Fellinger, Craig | JCRAIG 000455-JCRAIG 000458 | |
| 53. | 12/4/2009 | ESI Board Minutes | | |
| 54. | 12/4/2009 | Executive Committee Meeting | | |
| 55. | 12/4/2009 | Rupert & Morgan report to ESI Board | | |
| 56. | 12/10/2009 | Merkley letter to Rupert & Morgan, copying in Rawlinson | | Irrelevant; Hearsay |
| 57. | 2/3/2010 | Board of Directors Meeting Minutes | | |
| 58. | 2/3/2010 | Annual Shareholder Meeting Minutes | | |

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 59. | 2/16/2010 | Rawlinson email to Rupert | FUNK_E_013061 | |
| 60. | 3/5/2010 | Rupert email to Rawlinson & Corbyn | ESI 0954786 | Hearsay |
| 61. | 3/10/2010 | Richards email to Funk | FUNK 001829 | |
| 62. | 3/11/2010 | ESI Board Minutes | | |
| 63. | 3/24/2010 | Craig/Morgan/Rawlinson/Corbyn email chain | JCRAIG 000497 | |
| 64. | 4/14/2010 | Minutes of ESI Board Special Meeting | | Irrelevant; best evidence |
| 65. | 6/22/2010 | Funk Memorandum to ESI Employees and Franchisees | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 66. | 6/28/2010 | Minutes of ESI Special Board Meeting | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 67. | 7/2/2010 | Rupert email to Corbyn, Rawlinson, Craig & Chilton | ESI 0955332 | Irrelevant; Hearsay |
| 68. | 7/8/2010 | Stoller email to Funk & Fellinger | ESI 0960216 | Irrelevant |
| 69. | 9/10/2010 | Stoller/Funk emails | ESI 0785552 | |
| 70. | 9/15/2010 | ESI Board Minutes | | |
| 71. | 10/12/2010 | Judge Cauthron Order Dismissing Stoller's Complaint | | Irrelevant |
| 72. | 10/15/2010 | Funk email to Franchisees re: Legal Update | ESI 0876385 | Irrelevant; Hearsay |
| 73. | 11/12/2010 | Ben Voss Email and Report | | |
| 74. | 11/23/2010 | Voss email to parties | | |
| 75. | 12/3/2010 | Crowe Recommendations to the ESI Board of Directors | | |
| 76. | 12/16/2010 | Ramey email to all parties | STO 208416 | |
| 77. | 12/22/2010 | Approved Resolutions (Meeting of the Board of Directors) | | |
| 78. | 1/4/2011 | Email from Cole Ramey to All Counsel | STO 0207244- STO 0207273 | |
| 79. | 1/11/2013 | Ramey email to all counsel | | |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 80. | 2/23/2011 | Resolutions Approved at ESI Annual Meeting of Board of Directors on 2-23-11 | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 81. | 4/28/2011 | Board of Directors Meeting Minutes | | |
| 82. | 4/28/2011 | Board of Directors Executive Session Minutes | | |
| 83. | 6/22/2011 | Board of Directors Executive Session Minutes | | |
| 84. | 9/22/2011 | ESI Board of Directors Meeting Minutes | | |
| 85. | 11/8/2011 | ESI, ESI of Canada, Express Holdings IV and Express Holdings V Special Board of Directors Meeting Minutes | | |
| 86. | 12/2/2011 | Chief Financial Officer's Report to the Board of Directors | | Authenticity; irrelevant; hearsay |
| 87. | 12/15/2011 | ESI Board of Directors Meeting Agenda & Minutes | | |
| 88. | 2/1/2012 | ESI Special Meeting of the Board of Directors Minutes | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 89. | 9/19/2012 | ESI Board of Directors Meeting Agenda & Minutes | | |
| 90. | 9/19/2012 | ESI Board of Directors Executive Session Agenda & Minutes | | |
| 91. | 3/22/2012 | Board of Directors Meeting Transcript Summary Index; Transcript of recording of the meeting (Deposition Exhibit No. 14) | STO209620-STO209624; STO209708-STO209713 | |
| 92. | 5/28/2010 | Summary of Interview Notes for Executive Compensation Review (Deposition Exhibit No. 15) | STE0097495-STE0097502 | Hearsay; Authenticity |

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 93. | 11/12/2010 | Letter from Voss to Funk and Stoller, copying Rupert, Rawlinson, Gardner RE: Executive Market Compensation Analysis (Deposition Exhibit No. 16) | STE0031584-STE0031590 | Hearsay |
| 94. | 12/03/2010 | Email from Rupert to Cole Ramey, Robinson, Oliver Howard, Corbyn, Terry Tippens RE: ESI—Recommendations (Deposition Exhibit No. 18) | STO203260-STO203270; ESI0005264 | |
| 95. | 12/14/2010 | Letter from Rupert and Morgan to Craig and Fellinger RE: Express Services, Inc. (Deposition Exhibit No. 19) | JCRAIG000531-JCRAIG000541 | |
| 96. | 12/22/2010 | Promissory Note between Express Services, Inc. and Robert A. Funk and the Robert A. Funk Trust (Deposition Exhibit No. 20) | ESI0005232-ESI0005263 | |
| 97. | 12/22/2010 | Promissory Note between Express Services, Inc. and Robert A. Funk and the Robert A. Funk Trust (Deposition Exhibit No. 21) | ESI0005265-ESI0005296 | |
| 98. | 1/1/2011 | Promissory Note between Express Services, Inc. and Robert A Funk and the Robert A. Funk Trust (Deposition Exhibit No. 22) | ESI0005297-ESI0005329 | |
| 99. | 11/7/2007 | Shareholders' Agreement between Express Services, Inc., the Robert A Funk Trust, and the William H. Stoller Trust (Deposition Exhibit No. 24) | STO200709-STO200729 | |
| 100. | 6/11/1983 | By-laws of Express Temporary Service, Inc. (Deposition Exhibit No. 25) | STO200182-STO200195 | |
| 101. | 9/17/2008 | Minutes from quarterly board meeting of Express Services, Inc. (Deposition Exhibit No. 26) | STE0067291-STE0067296 | |

6

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 102. | 10/1/2008 | Email chain communication from Cina Gailey to Funk and Carol Lane RE: Announcement; Funk forwarded to Stoller (Deposition Exhibit No. 27) | STE0035079-STE0035081 | |
| 103. | 12/10/2008 | Letter from Funk to Fellinger RE: continued service as a consultant for Express (Deposition Exhibit No. 28) | STE0067442 | |
| 104. | 1/12/2009 | Email chain communication from Tom Richards to Sharon Patric and Fellinger RE: Please pay on 1/15; response from Fellinger (Deposition Exhibit No. 29) | ESI0856170 | |
| 105. | 3/12/2009 | Minutes from Express Services, Inc. Board Meeting (Deposition Exhibit No. 31) | ESI0003815-ESI0003819 | |
| 106. | 6/25/2009 | Minutes from Express Services, Inc. Board Meeting (Deposition Exhibit No. 33) | ESI0003715-ESI0003719 | |
| 107. | 12/9/2009 | Letter from Funk to Fellinger RE Amendment to 2008 letter (Deposition Exhibit No. 37) | ESI0000648 | |
| 108. | 3/10/2010 | Employment Agreement between Express Services, Inc. and Fellinger (Deposition Exhibit No. 38) | STO200805-STO200819 | |
| 109. | 12/22/2010 | Express Services, Inc. Resolution for Meeting of Board of Directors RE: Treatment of Costs Related to Health Insurance (Deposition Exhibit No. 42) | STO204044 | |
| 110. | 12/22/2010 | Express Services, Inc. Resolution for Meeting of Board of Directors RE: Workers Compensation Payments (Deposition Exhibit No. 43) | STO204040 | |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 111. | 12/26/2010 | Express Financial Reports as of December 16, 2010, distributed to Bostwick, Sharon Patric, Board Members and Vice Presidents (Deposition Exhibit No. 46) | STE0052219-STE0052282 | Irrelevant |
| 112. | 12/27/2009 | Shortfall Report Balances (Deposition Exhibit No. 47) | STO200800-STO200804 | |
| 113. | 8/3/2009 | Demand letter from Rawlinson to Funk, Stoller, Fellinger, Richards, Keating, Gibson, Gillogly (Deposition Exhibit No. 48) | STO200952-STO200957 | |
| 114. | 1/1/2006 | Agreement between Funk and Express Services, Inc. (Deposition Exhibit No. 50) | ESI0000880 | |
| 115. | 9/25/2009 | Email from Morgan to Corbyn, copying Rupert, Richards and Fellinger RE: UU Bar, Forwarded to Craig (Deposition Exhibit No. 52) | ESI0953921 | |
| 116. | 12/26/2004 | Shareholder Advance Balances as of December 26, 2004 (Deposition Exhibit No. 57) | ESI0005429-ESI0005434 | |
| 117. | 12/31/2005 | Shareholder Advance Balances as of December 31, 2005 (Deposition Exhibit No. 58) | STE0070868-STE0070874 | |
| 118. | 6/7/2006 | Email from Richards to Stoller RE: Shareholder Advance Balances (Deposition Exhibit No. 59) | STE0070818; STE0070827-STE0070834 | |
| 119. | 12/31/2006 | Shareholder Advance Balances as of December 31, 2006 (Deposition Exhibit No. 60) | STE0085677-STE0085682 | |
| 120. | 12/31/2007 | Shareholder Advance Balances as of December 31, 2007 (Deposition Exhibit No. 61) | STE0062649-STE0062654 | |
| 121. | 12/31/2008 | Shareholder Advance Balances as of December 31, 2008 (Deposition Exhibit No. 62) | STO211093-STO211099 | |

8

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 122. | 6/14/2009 | Shortfall Report Balances as of June 14, 2009 (Deposition Exhibit No. 63) | STO200865-STO200870 | |
| 123. | 9/30/2009 | Email from Funk to Jarold Callahan RE: Revised Shortfall Report (Deposition Exhibit No. 64) | FUNK_E_002732-FUNK_E_002733 | |
| 124. | 3/23/2010 | Email from Carol Fegatter to Gardner RE: 12/27/09 Shortfall Report, forwarded to Patric and Fellinger (Deposition Exhibit No. 65) | ESI0005389-ESI0005390 | |
| 125. | 3/12/2013 | First Amended and Restated Promissory Note between Express Services, Inc. and Robert A. Funk and the Robert A. Funk Trust (Note No. 1) (Deposition Exhibit No. 68) | M-ESI-004058-M-ESI004062 | |
| 126. | 3/12/2013 | First Amended and Restated Promissory Note between Express Services, Inc. and Robert A. Funk and The Robert A. Funk Trust (Note No. 2) (Deposition Exhibit No. 69) | M-ESI-004063-M-ESI-004067 | |
| 127. | 3/12/2013 | First Amended and Restated Promissory Note between Express Services, Inc. and Robert A. Funk and The Robert A. Funk Trust (Note No. 3) (Deposition Exhibit No. 70) | M-ESI-004068-M-ESI-004072 | |
| 128. | 12/31/2012 | Stock Pledge Agreement between Robert A. Funk, The Robert A. Funk Trust (Borrowers), Express Development Corporation, Inc. and Express Development II, LLC (Lenders) (Deposition Exhibit No. 71) | STO212562-STO212570 | |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 129. | 3/12/2013 | Second Lien Mortgage, Assignment of leases and Rents, Security Agreement and Fixture Filing (Deposition Exhibit No. 72) | ESI0982790-ESI0982795 | |
| 130. | 3/12/2013 | Stock Pledge Agreement between Robert A. Funk and the Robert A. Funk Trust collectively and Express Services, Inc. (Deposition Exhibit No. 73) | ESI0982796-ESI0982805 | |
| 131. | 4/2/2010 | Email chain communication between Bostwick, Funk and Dana Miller; various letters and certifications that Funk lacked resources to make due payments on the UU Bar Ranch loan (Deposition Exhibit No. 78) | ESI0782351; FUNK_E_016189; ESI0784007; ESI0786066; FUNK_E_003589; FUNK_E_016191; FUNK_E_000949; FUNK_E_016193; FUNK_E_016194; FUNK_E_000946; FUNK_E_016196; FUNK_E_001387; FUNK_E_001017; FUNK_E_001354 | |
| 132. | 6/5/2007 | Amended and Restated Guaranty between Express Services (Guarantor) and Rabo Agrifinance, Inc. (Lender) (Deposition Exhibit No. 79) | 000995-000999 | |
| 133. | 11/9/2010 | Email chain communication from Terri Weldon to Charles Atkinson RE; Bill Stoller-Card Key (Deposition Exhibit No. 81) | ESI0608239 | |
| 134. | 12/22/2010 | Resolution of the Board of Directors of Express Services, Inc. (Deposition Exhibit No. 86) | REF04921-REF04922 | |
| 135. | 3/1/2010 | Employment Agreement between Express Services, Inc. and Bostwick (with handwritten note) (Deposition Exhibit No. 89) | STO200846-STO00856 | |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 136. | 6/11/2004 | Email from Richards to Stoller RE: Shareholder Advances; Shareholder Advance Balances attached (Deposition Exhibit No. 92) | STE0064080-STE0064085 | |
| 137. | 12/31/2008 | Balances as of December 31, 2008 (Deposition Exhibit No. 93) | ESI0406734-ESI0406740 | |
| 138. | 8/2004; 8/2005; 5/2006; 9/2009 | The Stoller Group expenses (Deposition Exhibit No. 94) | ESI0262493; ESI0262497; ESI0262455; ESI0262520 | Irrelevant |
| 139. | 5/28/2010 | Email from Voss to Stoller and Funk copying Gardner, Rawlinson and Rupert RE: Preliminary Mercer Interview Summary (Deposition Exhibit No. 95) | STE0067629-STE0067637 | |
| 140. | 7/12/2011 | Email chain communication between Stoller and Bostwick RE: Meetings this week (Deposition Exhibit No. 96) | STE0017872 | |
| 141. | | Handwritten letter from Stoller to Funk (Deposition Exhibit No. 97) | STO211762-STO211763 | Irrelevant |
| 142. | 9/22/2004 | Email from Stoller to Funk RE: Fairness Note to Bob Funk (Deposition Exhibit No. 98) | STE0034101 | |
| 143. | 7/27/2005 | Email from Stoller to Funk RE: Estate Planning Issues; Follow up emails on 9/17/2005 and 10/26/2005 (Deposition Exhibit No. 99) | FUNK039831-FUNK039832 | |
| 144. | 10/26/2005 | Email from Stoller to Funk, copying Richards RE: New Mexico Ranch (Deposition Exhibit No. 100) | ESI0318558 | Irrelevant |
| 145. | 3/13/2006 | Email chain communication between Stoller and Len Cason RE: New Mexico Ranch (Deposition Exhibit No. 101) | UU_BAR0048320 | Privileged; Irrelevant; Parol Evidence Rule |

11

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 146. | 07/27/2005 | Stoller emails to Funk and Cason RE: Estate Planning Issues (Deposition Exhibit No. 102) | STE0093448-STE0093449 | Privileged |
| 147. | 07/27/2005 | Emails from Stoller to Funk RE: Estate Planning Issues (Deposition Exhibit No. 103) | STE0070880-STE0070881 | |
| 148. | 10/25/2005 | Emails from Ex. 103 forwarded by Stoller to Richards (Deposition Exhibit No. 104) | ESI0318492-ESI0318494 | |
| 149. | 11/2/2005 | Emails from Ex. 103 forwarded by Stoller to Richards (Deposition Exhibit No. 105) | ESI0319243-ESI0319245 | |
| 150. | 3/14/2006 | Email from Ex. 103 forwarded from Cason to Richards (Deposition Exhibit No. 106) | ESI0328258-ESI0328261 | Privileged; Irrelevant; Hearsay |
| 151. | 2/24/2006 | Email from Michael Curoe to Richards, copying Brian Newcomer RE: Funk Loan on UU Bar and Mora Ranches; Richards forwarded to Cason (Deposition Exhibit No. 108) | ESI0327898 | Irrelevant; Hearsay; Authenticity |
| 152. | 2006/2008 | Calendars (Deposition Exhibit No. 109) | | |
| 153. | 12/31/2006 | Express Personnel Services Financial Reports as of 12/31/2006, distributed to Richards, Patric, Board Members and Vice Presidents (Deposition Exhibit No. 110) | STE0000720; STE0000773-STE0000777 | Irrelevant |
| 154. | 12/28/2008 | Express Personnel Services Financial Reports as of 12/28/2008, distributed to Richards, Patric, Board Members and Vice Presidents (Deposition Exhibit No. 111) | STE0000844 | Irrelevant |
| 155. | 8/8/2007 | Email chain communication from Stoller to Richards, copying Cason RE: Buy Sell Agreement (Deposition Exhibit No. 112) | ESI0366571-ESI0366572 | Irrelevant |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 156. | 11/12/2007 | Email chain communication between Stoller and Richards RE: Cashflow Statement 10/2007 (Deposition Exhibit No. 113) | ESI0375415 | |
| 157. | 4/18/2011 | Stoller Trust Balance Sheet as of 12/31/2010 (Deposition Exhibit No. 114) | STE0029938 | Irrelevant |
| 158. | 1/22/2009 | Stoller Trust Balance Sheet Prec. Year Comparison as of 12/31/2008 (Deposition Exhibit No. 115) | ESI1162596-ESI1162598 | Irrelevant |
| 159. | 06/24/2009 | Stoller Trust Balance Sheet Prev. Year Comparison as of 5/31/2009 (Deposition Exhibit No. 116) | ESI1162593-ESI1162595 | Irrelevant |
| 160. | 9/22/2012 | Fair Market Value of a Nonmarketable, Noncontrolling, Nonvoting Common Stock Interest in Express Services, Inc. as of 1/1/2012, to Cason from Curtis Kimball (Deposition Exhibit No. 117) | | Irrelevant; Hearsay |
| 161. | 10/5/2010 | Email from Jenny Schwenke to Stoller and Nelson, copying Cathy Stoller RE: Gresham; Stoller Group Business Proposal for 11/4/2008 meeting attached (Deposition Exhibit No. 118) | STE0044159-STE0044192 | Irrelevant; Hearsay |
| 162. | 12/4/2009 | Express Services, Inc. Board Meeting Minutes from December 4, 2009 (Deposition Exhibit No. 119) | ESI0962036-ESI0962050 | |
| 163. | 9/22/2009 | Email chain communication from Richards to Marshall Snipes and Robert Barcum, forwarded by Snipes to Stoller and forwarded by Stoller to Gailey (Deposition Exhibit No. 120) | ESI0959971-ESI0959992ESI- | Irrelevant; Hearsay |

13

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 164. | 2/1/2010 | Email chain communication from Stoller to Snipes RE: Board Meeting including Richards (Deposition Exhibit No. 121) | BLOOMIII-00008610-ESI-BLOOMIII-00008611 | Irrelevant; Hearsay |
| 165. | 7/28/2010 | Email from Snipes to Stoller, copying Richards RE: UPA ownership schedule assuming funding of new loan (Deposition Exhibit No. 122) | STE0057460-STE0057463 | Irrelevant; Hearsay |
| 166. | 1/28/2009 | Promissory Note between Unisource Program Administrators, LLC, and Stoller (Deposition Exhibit No. 123) | ESI0249621-ESI0249623 | Irrelevant |
| 167. | 8/3/2009 | Promissory Note between Unisource Program Administrators and Stoller (Deposition Exhibit No. 124) | ESI0262196-ESI0262198 | Irrelevant |
| 168. | 9/28/2009 | Promissory Note between Unisource Program Administrators and Stoller (Deposition Exhibit No. 125) | ESI0262191-ESI0262192 | Irrelevant |
| 169. | 7/30/2009 | Email from Richards to Stoller RE: Audited Financials (Deposition Exhibit No. 126) | STE0065836 | Irrelevant; Hearsay |
| 170. | 09/28/2009 | Email chain communication from Richards to Stoller RE: UPA, forwarded to Snipes (Deposition Exhibit No. 127) | ESI0949180 | Irrelevant; Hearsay |
| 171. | 05/26/2009 | Promissory Note between Express Services, Inc. and William H. Stoller Trust (Deposition Exhibit No. 128) | ESI0262259-ESI0262261 | Irrelevant |
| 172. | 4/3/2009 | Express Services, Inc. Request to Wire Transfer Funds (with handwritten note) (Deposition Exhibit No. 129) | | Irrelevant; Authenticity |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 173. | 7/8/2010 | Email chain communication from Stoller to Funk and Fellinger, copying Bostwick RE: Future of Express' Workers Comp Program (Deposition Exhibit No. 130) | STE0056166-STE0056168 | Irrelevant; Hearsay |
| 174. | 10/5/2010 | Email chain communication between Patric, Stoller, and Terri Wippell RE: P13-09 Board Report (2) (Deposition Exhibit No. 131) | STE0000780-STE0000842 | |
| 175. | 4/3/2009 | Assignment by Express Hallmark holding Co., LLC, of all the membership units in Unisource Program Administrators, LLC Release, Waiver and Indemnity (Deposition Exhibit No. 132) | ESI0938225-ESI0938230 | Irrelevant; Hearsay |
| 176. | 9/28/2009 | Promissory Note between Snipes and Stoller (Deposition Exhibit No. 133) | STE0036610-STE0036619 | Irrelevant |
| 177. | 7/26/2011 | Email from Stoller to Richards and Snipes RE: Peeble Partnership; Assignment of Percentage Interest and Financing Statement (Deposition Exhibit No. 134) | STE0017247; STE0036680; STE0036758 | Irrelevant |
| 178. | 12/31/2010 | Pledge and Security Agreement between Snipes and Stoller (Deposition Exhibit No. 135) | STE0032203-STE0032204 | Irrelevant |
| 179. | 12/31/2010 | Pledge and Security Agreement between Barcum and Stoller (Deposition Exhibit No. 136) | STE0032205-STE0032206 | Irrelevant |
| 180. | 1/2008 | Express Services, Inc. Service Company (NEWCO) (Deposition Exhibit No. 137) | ESI0697831-ESI0697834 | Irrelevant; Hearsay; Authenticity |
| 181. | 3/6/2008 | Email chain communication from Schwenke to Stoller and wife, Cathy RE: Update on Funk (Deposition Exhibit No. 138) | STE0087316 | Irrelevant; Hearsay |

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 182. | 3/26/2009 | Email chain communication from Lynette Olsson to Stoller RE: ESI Relationship, forwarded by Stoller to Richards and Gillogly; letter from Rawlinson to Stoller attached (Deposition Exhibit No. 139) | ESI0410531-ESI0410533 | Irrelevant |
| 183. | 4/16/2009 | Email chain communication from Stoller to Richards RE: Equity group in New York forwarded to Jeff Baker (Deposition Exhibit No. 140) | STE0090071 | Irrelevant |
| 184. | 4/21/2009 | Email chain communication from Richards to Stoller RE: Update (Deposition Exhibit No. 141) | STE0056557 | |
| 185. | | Handwritten notes RE: worker's comp bill and local groups (Deposition Exhibit No. 142) | STO210500 | Irrelevant |
| 186. | 5/11/2009 | Email chain communication from Unisource Program Administrators to UPAEveryone RE: UPA adds A-rated carrier Amerisafe, forwarded from Richards to Stoller (Deposition Exhibit No. 143) | ESI0412536-ESI0412537 | Irrelevant; Hearsay |
| 187. | 6/1/2009 | Email from Joyce Coleson to Boutwell, Gillogly, Nikki Jones, Kirk, Richards, Cason RE: Memo to Bob Funk, et al., forwarded by Richards to Stoller (Deposition Exhibit No. 144) | ESI0413345-ESI0413346 | Irrelevant; Hearsay |
| 188. | | Summary Term Sheet for Investment in Express Services, Inc. and Affiliates (Deposition Exhibit No. 145) | ESI0777565 | Irrelevant; Hearsay; Authenticity |
| 189. | 6/10/2009 | Email from Vincent Orza to Michael Gardner RE: conversation with Snipes regarding Express Personnel (Deposition Exhibit No. 146) | BAYTREE000082 | Irrelevant; Hearsay |

16

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 190. | 6/11/2009 | Email chain communication from Stoller to Richards RE: Development Credit (Deposition Exhibit No. 147) | ESI0416163 | Irrelevant; Hearsay |
| 191. | 7/24/2009 | Email from Richards to Stoller RE: EXOP DOC.pdf Newco transactions (Deposition Exhibit No. 148) | STE0066778-STE0066792 | Irrelevant; Hearsay |
| 192. | 8/3/2009 | Email chain communication from Richards to Stoller RE: NY Schedule (Deposition Exhibit No. 149) | STE0080456 | Irrelevant; Hearsay |
| 193. | 8/17/2009 | Email from Cicogna Gianluca to Stoller, copying Michael Gardner RE: Consulting Agreement; Baytree Capital letter attached (Deposition Exhibit No. 150) | STO206811-STO206816 | Irrelevant; Hearsay |
| 194. | 8/17/2009 | Letter of Intent from Baytree Capital to Stoller RE: restructuring Express to enhance shareholder value (Deposition Exhibit No. 151) | BAYTREE000346-BAYTREE000354 | Irrelevant; Hearsay |
| 195. | 8/12/2009 | Email from Cicogna to Orza copying Paul Goodman, Colleen Delany, Mary Baker, Michael Gardner and Yangging Shi RE: Draft LOI for Express (Deposition Exhibit No. 152) | BAYTREE000007-BAYTREE000012 | Irrelevant; Hearsay |
| 196. | 8/2009 | Discussion Materials for Express Services, Inc. (Deposition Exhibit No. 153) | ESI0777566-ESI0777578 | Irrelevant; Hearsay; Authenticity |
| 197. | 8/13/2009 | Email from Bob Horne to Richards, Adam Lehrhoff and David Affinito RE: Yesterday's Breakfast (Deposition Exhibit No. 154) | ZSFUND000844 | Irrelevant |
| 198. | 8/17/2009 | Email chain communication between Cicogna and Stoller, copying Michael Garder. RE: Consulting expert (Deposition Exhibit No. 155) | STE0091960-STE001961 | Irrelevant; Hearsay |

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 199. | 8/28/2009 | Letter from Rocky Dixon to Stoller RE: proposal to recapitalize Express Services, Inc. (with handwritten notes) (Deposition Exhibit No. 156) | STO211018-STO211021 | Irrelevant; Authenticity |
| 200. | 12/16/2009 | Email chain communication from Adam Lehrhoff to Stoller and Richards RE: follow up; Horne and Affinito later copied in (Deposition Exhibit No. 157) | ZSFUND000751-ZSFUND000753 | Irrelevant |
| 201. | 8/9/2010 | Email chain communication from Stoller to Horne RE: Express Oklahoma, Lehrhoff copied in (Deposition Exhibit No. 158) | STE0075595-STE0075596 | Irrelevant; Hearsay |
| 202. | 7/16/2009 | Email from Richards to Stoller RE: Agreement (Deposition Exhibit No. 162) | ESI0417453-ESI0417460 | Irrelevant; Hearsay |
| 203. | 9/4/2010 | Email chain communication from Arthur Rahill to Bostwick, copying Stoller RE: Stoller third quarter estimates (Deposition Exhibit No. 165) | STE0018364 | Hearsay |
| 204. | 10/12/2010 | Memorandum Opinion and Order (Deposition Exhibit No. 166) | STE0036379 | Irrelevant |
| 205. | | Message from Stoller to Express Services, Inc. Employees and Franchisees (Deposition Exhibit No. 167) | STE0037663 | Irrelevant |
| 206. | 6/28/2010 | Email from Lane to Funk, Fellinger, Craig, Stoller, Gillogly, Gibson, Keating, Bostwick, Gailey RE: Counsel on behalf of Express (Deposition Exhibit No. 168) | STE0068066 | |
| 207. | 2/16/2010 | Email from Rawlinson to Morgan and Corbyn RE: Compensation Interviews (Deposition Exhibit No. 170) | FUNK_E_013061-FUNK_E_013063 | |

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 208. | 11/23/2010 | Email chain communication from Voss to Funk and Stoller, copying Rupert, Rawlinson and Gardner RE: Executive Compensation Review (Deposition Exhibit No. 171) | STE0041119 | |
| 209. | 12/21/1986 | Letter agreement between Express Services, Inc. and Stoller (Deposition Exhibit No. 172) | STE0010028 | |
| 210. | 4/12/2006 | Email chain communication between Richards, Stoller, and Patric RE: Agreement Stoller (Deposition Exhibit No. 174) | ESI0687871-ESI0687872 | Irrelevant; Hearsay |
| 211. | 4/12/2006 | Email from Jenifer O'Toole to Richards RE: Agreements for Stoller and Funk (Deposition Exhibit No. 175) | ESI0330043-ESI0330045 | Irrelevant; Hearsay |
| 212. | 7/8/2010 | Email from Stoller to Richards and Fellinger, copying Rupert, Morgan, Corbyn RE: Proposed ESI board resolution (Deposition Exhibit No. 176) | FUNK_E_013298-FUNK_E_013300 | |
| 213. | 3/26/2009 | Email from Olsson to Stoller RE: ESI Relationship, forwarded to Richard and Gillogly (Deposition Exhibit No. 177) | STE0089950-STE0089952 | Irrelevant |
| 214. | 9/24/2009 | Minutes from Express Services, Inc. Board Meeting 9/24/2009 (Deposition Exhibit No. 178) | STE0064445-STE0064455 | Irrelevant; best evidence rule |
| 215. | 9/22/2011 | Minutes from Board of Directors Meeting 9/22/2011 Executive Session (Deposition Exhibit No. 183) | REF-005206-REF-005211 | |
| 216. | 4/2/2003 | Minutes of the meeting of the Shareholders of Express Services, ESI (Deposition Exhibit No. 185) | STE0092739 | Irrelevant |
| 217. | 3/23/2003 | Financial Reports of Express Personnel Services as of 3/23/2003 (Deposition Exhibit No. 186) | | Irrelevant |

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 218. | 9/22/2011 | Board of Directors Meeting Transcript Summary Index (Deposition Exhibit No. 187) | REF-005104-REF-005205 | |
| 219. | 2009-2012 | Handwritten Notes RE: Net Earnings and Stockholder's Equity (Deposition Exhibit No. 188) | | Irrelevant; Authenticity |
| 220. | 12/30/2012 | Express Services, Inc. Consolidated Financial Report (Deposition Exhibit No. 189) | ESI0982731-ESI0982756 | Irrelevant |
| 221. | 12/25/2011-12/26/2010 | Express Services, Inc. and Subsidiaries Consolidated Financial Statements (Deposition Exhibit No. 190) | FUNK_E_000328-FUNK_E_000355 | Irrelevant |
| 222. | 12/27/2009 | Express Employment Professionals Financial Reports as of 12/27/2009 (Deposition Exhibit No. 191) | ESI0975407-ESI0975464 | Irrelevant |
| 223. | 12/26/2010-12/27/2009 | Express Services, Inc. and Subsidiaries Consolidated Financial Statements and Supplemental Systemwide Information (Deposition Exhibit No. 192) | FUNK_E_000882-FUNK_E_00906 | Irrelevant |
| 224. | 7/15/2013 | Bylaws of Express Development Corporation, Inc. (Deposition Exhibit No. 202) | 000910-000932 | Irrelevant |
| 225. | 9/5/2010 | Email from Rupert to Rawlinson, Corbyn, Merley, Gardner, Chilton and Craig, copying Morgan RE: ESI, 3-5-10 recommendations (Deposition Exhibit No. 204) | STO202412-STO202421 | |
| 226. | 2/1/2010 | Consulting Agreement between Express Services, Inc. and Richards Ventures, LLC (Deposition Exhibit No. 205) | ESI0000856-ESI0000866 | |
| 227. | 12/1/2004 | Document Info Re: Interest on shareholder loans 10/31/2004 (Deposition Exhibit No. 206) | ESI0005405 (only first page contains Bates Number) | |

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 228. | 09/24/2009 | Express Services, Inc. Executive Board Meeting Minutes from 9/24/2009 (Deposition Exhibit No. 207) | STO201771-STO2011782 | |
| 229. | 6/28/2006 | Various email communication RE: UUBar note payments (Deposition Exhibit No. 221) | ESI 0332678; ESI 0275326-ESI 0275329; FUNK_E_012615; ESI0348212; ESI0355046; ESI0923252; ESI0894399; ESI0894400-ESI0894401; ESI-0894412-ESI-0894414; ESI-236887 | |
| 230. | 7/26/2006 | Email chain communication from Richard Herbst to Richards and Funk, copying Brad Cottrell and Brian Newcomer RE: Express Ranches Indicative Termsheet July 26th 2006 (Deposition Exhibit No. 222) | FUNK-001030 | Hearsay |
| 231. | | ESI UU Bar Swap Payments and Date of Payments (Deposition Exhibit No. 223) | ESI0782154 | Irrelevant; Hearsay; Authenticity |
| 232. | 8/28/2009 | Email from Richards to Morgan and Rupert RE: Contact info (Deposition Exhibit No. 224) | ESI0419667 | |
| 233. | 3/10/2010 | Email from Richards to Funk RE: Interest rate swap (Deposition Exhibit No. 225) | FUNK-001829 | |
| 234. | 7/10/2009 | Notes from conference call-Express Opportunities (Colleen Delaney on call with Richards) (with underlining) (Deposition Exhibit No. 226) | BAYTREE000002-BAYTREE000001 | Irrelevant; Hearsay |
| 235. | 10/1/2008 | Memo to Funk and Stoller from Richards RE: changes at Express (Deposition Exhibit No. 227) | STE0094417-STE0094418 | Irrelevant; Hearsay |

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 236. | 3/17/2010 | Email from Richards to Funk RE: Lawyer discussions, Funk forwarded to Fellinger (Deposition Exhibit No. 228) | ESI0859167 | Irrelevant; Hearsay; Speculation |
| 237. | 1/8/2010 | Email from Stoller to Richards and Fellinger, copying Rupert, Morgan and Corbyn RE: Proposed ESI board resolution (Deposition Exhibit No. 229) | FUNK_E_13297-FUNK_E_13300 | |
| 238. | 12/3/2009 | Email from Rupert to Richards, Fellinger, Craig, copying in Morgan RE: ESI board issues 12/4/09 (Deposition Exhibit No. 230) | JCRAIG000455-JCRAIG000458 | |
| 239. | 12/28/2008 | Express Employment Professionals Financial Reports as of 12/28/2008 (Deposition Exhibit No. 231) | ESI195982-ESI0196038 | Irrelevant |
| 240. | 10/1/2009 | Letter from Morgan to Craig RE: Legal Representation (Deposition Exhibit No. 239) | CD02031-CD02033 | |
| 241. | 12/4/2009 | Report from Rupert and Morgan to ESI Boart of Directors (Deposition Exhibit No. 241) | STE0067678-STE0067680 | Hearsay; Authenticity |
| 242. | 5/5/2010 | Email from Brett Liles to McSpadden RE: Express Services Guaranty-UU Bar Ranch Debt, forwarded to Morgan and Rupert (Deposition Exhibit No. 252) | CD00410-CD00412 | Irrelevant; Hearsay; Legal conclusion |
| 243. | 6/4/2010 | Memo to Morgan from McSpadden and Liles RE: Express Services, Inc. (Deposition Exhibit No. 253) | CD01383-CD01385 | |
| 244. | 6/4/2010 | Email chain communication from Liles to Morgan, copying in McSpadden RE: Memorandum RE: ESI's Guaranty Obligations, forwarded to Rupert (Deposition Exhibit No. 254) | CD00727-CD00729 | Irrelevant; Hearsay; Legal conclusion |

22

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 245. | 5/30/2014 | Affidavit of Andrea D. Boutwell (Deposition Exhibit No. 261) | | Hearsay |
| 246. | 1/1/2013 | Express Services Inc. Employment Agreement between Express Services, Inc. and D. Keith McFall (Deposition Exhibit No. 304) | ESI1173722-ESI1173737 | |
| 247. | 4/10/2002 | Email from Stoller to Funk (no subject) (with handwritten notes) (Deposition Exhibit No. 305) | FUNK039739 | |
| 248. | 4/27/2009 | Express Franchise Agreement from Derby Kansas (Deposition Exhibit No. 311) | ESI1175340-ESI1175399 | |
| 249. | 10/29/2009 | Memo from Corbyn, Tippens and Merkley to Rupert and Morgan, copying Rawlinson, Fellinger and Richards RE: Your Preliminary Report to the Board of Directors of Express Services, Inc., dated 9/24/2009, and Stoller's Response dated 10/1/2009 (Deposition Exhibit No. 312) | FUNK_E_013744-FUNK_E_013752 | |
| 250. | 3/19/2010 | Email from Tricia Veatch to Funk RE: Shortfall Report, forwarded to Stoller (Deposition Exhibit No. 315) | ESI 0782045-ESI 0782046 | |
| 251. | 8/14/2009 | Email from Richards to Funk RE: NY meetings (with handwritten notes) (Deposition Exhibit No. 317) | FUNK039808 | |
| 252. | 2/3/2010 | Minutes from the Annual Meeting of the Board of Directors (Deposition Exhibit No. 318) | ESI0004328-ESI0004358 | |
| 253. | 11/23/2010 | Benjamin Voss Email to Bob Funk and Bill Stoller RE: Executive Compensation Review (Deposition Exhibit No. 356) | STO203252-STO203259 | |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 254. | 3/15/2006 | Adjustable Interest Rate Promissory Note (Deposition Exhibit No. 390) | | |
| 255. | 3/15/2006 | New Mexico Mortgage, Security Agreement and Financing Statement (Deposition Exhibit No. 391) | STO205121-STO205154 | |
| 256. | 2/14/2007-2/17/2007 | Bill Stoller and Dave Gillogly email chain (Deposition Exhibit No. 393) | STE0085908-STE0085909 | |
| 257. | 1/6/2009 | Memorandum of Understanding to Dave Gillogly from Bob Funk (Deposition Exhibit No. 394) | STE0001464-STE0001466 | |
| 258. | 6/24/2011 | Dave Gillogly handwritten letter to Bob Funk (Deposition Exhibit No. 401) | | Hearsay; Authenticity |
| 259. | 9/22/2004 | Stoller email to Funk | STE0034101 | |
| 260. | 10/26/2005 | Stoller email to Funk | ESI0318558 | Irrelevant |
| 261. | 10/26/2005 | Stoller email to Funk | FUNK039831 | |
| 262. | 3/1/2006 | Stoller email to Funk | STE0093365 | Irrelevant |
| 263. | 3/12/2006 | Stoller email chain with Cason | STE0063711 | Privileged; Irrelevant |
| 264. | 03/15/2006 | Jennifer O'Toole Fax to Stoller | FUNK 039709-FUNK 039712 | Irrelevant |
| 265. | 03/15/2006 | Jennifer O'Toole for Len Cason fax to Stoller | FUNK 039673-FUNK 039681 | Irrelevant |
| 266. | 03/15/2006 | Jennifer O'Toole fax to Len Cason | FUNK 039687-FUNK 039690 | Irrelevant |
| 267. | 03/15/2006 | Len Cason fax to Jennifer O'Toole | FUNK 039682-FUNK 039686 | Irrelevant |
| 268. | | Dockets of Derivative Action and Direct Action in *Stoller v. Funk* USDC WD Okla | | Irrelevant |
| 269. | 10/12/2010 | Order by Judge Cauthron dismissing Plaintiff Complaint in the Direct Action | | Irrelevant |
| 270. | | Bill Stoller's Responses to Interrogatory Requests | | Irrelevant |

PDXDOCS:2024954.1

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 271. | | Expert witness report of David Payne and attachments (Deposition Exhibit No. 459) | | Pl. Mot. to Exclude Testimony of David Payne (Doc. #168); Hearsay |
| 272. | | Expert witness report of Duke Ligon and attachments | | Pl. Mot. to Exclude Testimony of Duke Ligon (Doc. #169); Hearsay |
| 273. | | Expert Witness report of Marc Steinberg and attachments (Deposition Exhibit No. 464) | | Pl. Mot. to Exclude Testimony of Marc Steinberg (Doc. #175); Hearsay |
| 274. | | American Heritage Dictionary Definition of "use" (Deposition Exhibit No. 427) | | Irrelevant |
| 275. | 7/5/2012 | Miller Nash (Jeff Sagalowitz) letter to Merkley (Deposition Exhibit No. 432) | | Irrelevant |
| 276. | 7/5/2012 | Miller Nash (Sagalowitz) letter to Merkley (Deposition Exhibit No. 441) | | Irrelevant |
| 277. | | Fellinger Proposed Board Resolutions (Deposition Exhibit Nos. 444-451) | | |
| 278. | | *Funk v. Funk* Automatic Temporary Injunction | | Irrelevant; Hearsay; Authenticity |
| 279. | | Hartzog Conger and Cason invoice for legal services | | Stoller reserves his right to object when defendant identifies Exhibit per request made 1/14/14 |

25

| No. | Date | Description | Bates Range | Objections |
|---|---|---|---|---|
| 280. | | ESI board meeting and executive session agendas, minutes, transcripts, proposed resolution, results of voting | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 281. | | ESI Financial Statements, both audited and internal | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 282. | | ESI Board Packets | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 283. | | Stoller Balance Sheets | | Stoller reserves his right to object when defendant identifies exhibit per request made 1/14/14 |
| 284. | 3/26/2009 | Management Rep Letter from auditors | ESI 0673459 | Irrelevant |
| 285. | 6/20/2007 | Stoller Funk email chain | STO211724-STO211725 | |
| 286. | 8/9/2007 | Richards, Cason and Stoller email chain | ESI 0366498-ESI 0366501 | Irrelevant |
| 287. | 1/10/2007 | Richards Stoller email chain | ESI 0428128 | Irrelevant |
| 288. | 4/12/2006 | Richard Stoller email chain | ST 0094618 | Hearsay |
| 289. | 11/24/2010 | Stoller email to Benjamin Voss (Deposition Exhibit 171) | STE0041119 | |
| 290. | | All documents produced in discovery not objected to by Defendant Funk | | Plaintiff incorporates objection to exhibits offered by other parties |

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 291. | | All documents requested by Defendant Funk but not yet produced by Plaintiff, not objected to by Defendant Funk | | Plaintiff reserves the right to object when exhibits are identified |
| 292. | | All documents identified or requested in discovery not objected to by Defendant Funk | | Plaintiff reserves the right to object when exhibits are identified |
| 293. | | All discovery responses submitted in this matter to the extent not objected to by Defendant Funk | | Plaintiff incorporates all of plaintiff's objections identified in discovery requests |
| 294. | | All deposition transcripts in this case and all exhibits thereto, to the extent relevant admissible and not objected to by Defendant Funk | | Irrelevant; Hearsay; Plaintiff incorporates all of plaintiff's objections identified in discovery requests |
| 295. | | All expert reports, exhibits and attachments thereto, to the extent relevant, admissible and not objected to by Defendant Funk | | Irrelevant; Hearsay; Plaintiff incorporates all of plaintiff's objections identified in discovery requests |
| 296. | | All demonstrative exhibits or expert exhibits submitted by the parties, to the extent relevant, admissible and not objected to by Defendant Funk | | Plaintiff incorporates objection to demonstratives when they are identified |

27

| No. | Date | Description | Bates Range | Objections |
|-----|------|-------------|-------------|------------|
| 297. | | All timelines and summaries, to the extent relevant, admissible and not objected to by Defendant Funk | | Plaintiff incorporates objection to timelines and summaries when they are identified |
| 298. | | All exhibits identified by Plaintiff, to the extent relevant, admissible and not objected to by Defendant Funk | | |
| 299. | | All documents listed as exhibits by Defendants Craig, Fellinger or ESI and not objected to by the Defendant | | Plaintiff incorporates objection to exhibits offered by other parties |

DATED this 24th day of January, 2014.

s/ Jeffrey T. Sagalewicz
Dennis P. Rawlinson (*pro hac vice*)
Oregon State Bar #763028
Joshua M. Sasaki (*pro hac vice*)
Oregon State Bar #964182
Jeffrey T. Sagalewicz (*pro hac vice*)
Oregon State Bar #054660
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Fax:  (503) 224-0155
E-mail:  dennis.rawlinson@millernash.com
          josh.sasaki@millernash.com
          jeff.sagalewicz@millernash.com

PDXDOCS:2024954.1

Oliver S. Howard, OBA #4403
Scott R. Rowland, OBA #11498
Amelia A. Fogleman, OBA #16221
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
1100 ONEOK Plaza
100 West Fifth Street
Tulsa, Oklahoma  74103-4217
Telephone:  (918) 595-4800
Fax:  (918) 595-4990
E-mail:  ohoward@gablelaw.com
          srowland@gablelaw.com
          afogleman@gablelaw.com
          dluthey@gablelaw.com

W.A. "Drew" Edmondson, OBA #2628
GABLE GOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma  73102-7101
Telephone:  (405) 235-5500
Fax:  (405) 235-6060
E-mail:  dedmondson@gablelaw.com

*Of Attorneys for Plaintiff William H. Stoller*

## CERTIFICATE OF SERVICE

☒  I hereby certify that on January 24, 2014, I electronically transmitted Plaintiff's
Objections to Funk Defendants' Final Exhibit List to the Clerk of Court using the ECF
System for filing.  Based on the records currently on file, the Clerk of Court will transmit a
Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Mr. George S. Corbyn, Jr.<br>Mr. Joe M. Hampton<br>Ms. Amy J. Pierce<br>Corbyn Hampton PLLC<br>211 N. Robinson Avenue, Suite 1910<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 702-4348<br>E-mail:  gcorbyn@corbynhampton.com<br>        jhampton@corbynhampton.com<br>        apierce@corbynhampton.com<br><br>*Attorneys for Defendants Robert A.<br>Funk and the Robert A. Funk Trust* | Mr. Jay P. Walters<br>Mr. Nicholas V. Merkley<br>Mr. Terry W. Tippens<br>Fellers Snider Blankenship Bailey &<br>Tippens-OKC<br>100 N. Broadway Avenue, Suite 1700<br>Oklahoma City, Oklahoma  73102-8820<br>Fax:  (405) 232-9659<br>E-mail:  jwalters@fellerssnider.com<br>        nmerkley@fellerssnider.com<br>        ttippens@fellerssnider.com<br><br>*Attorneys for Defendants Robert A.<br>Funk and the Robert A. Funk Trust* |
| Mr. Gary S. Chilton<br>Mr. Stephen R. Johnson<br>Mr. James E. Warner III<br>Mr. Gideon A. Lincecum<br>Holladay & Chilton PLLC<br>204 N. Robinson Avenue, Suite 1550<br>Oklahoma City, Oklahoma  73102<br>Fax:  (405) 236-2349<br>E-mail:  gchilton@holladaychilton.com<br>        sjohnson@holladaychilton.com<br>        jwarner@holladaychilton.com<br>        glincecum@holladaychilton.com<br><br>*Attorneys for Defendant Robert E.<br>Fellinger* | Mr. Robert W. Nelson<br>Mr. Guy R. Wood<br>Mr. Brett M. Stingley<br>Nelson Terry Morton DeWitt<br>  Paruolo & Wood<br>Post Office Box 138800<br>Oklahoma City, Oklahoma  73113<br>Fax:  405-705-2573<br>Email:  rnelson@ntmdlaw.com<br>        guywood@ntmdlaw.com<br>        bstingley@ntmdlaw.com<br><br>*Attorneys for Defendant Jeri Craig* |

////

////

////

////

////

1

Mr. Cole B. Ramey
Mr. Michael V. Marconi
Crouch & Ramey LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas  75201
Fax:  (214) 922-7101
E-mail:  cramey@crouchfirm.com
          mmarconi@crouchfirm.com

*Attorneys for Nominal Defendant
Express Services, Inc.*

Ms. Crystal A. Johnson
Mr. Kiran A. Phansalkar
Conner & Winters-OKC
211 N. Robinson Avenue, Suite 1700
Oklahoma City, Oklahoma  73102
Fax:  (405) 232-2695
E-mail:  cjohnson@cwlaw.com
          kphansalkar@cwlaw.com

*Attorneys for Nominal Defendant
Express Services, Inc.*

s/  Jeffrey T. Sagalewicz
Jeffrey T. Sagalewicz
MILLER NASH LLP
*Of Attorneys for Plaintiff William H. Stoller*

2