IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

(1) WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust,

Plaintiff,

v.

(1) ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust, and (2) the ROBERT A. FUNK TRUST,

Defendants.

Case No. 5:11-cv-00294-C

**PLAINTIFF'S PROPOSED VOIR DIRE**

Plaintiff William H. Stoller by and through counsel, respectfully requests that the Court submit the following proposed voir dire questions to the prospective jurors:

1. Do you or a member of your immediate family have any experience as a partner or co-owner of a business? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

2. Have you or a member of your immediate family ever been involved in a business dispute with a partner or co-owner? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

3. Have you or a member of your immediate family ever been involved in a lawsuit? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

4. Have you or a member of your immediate family ever been a witness at court? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

5. Do you have any views about people filing lawsuits? If yes, please raise your hands. Please describe them. (Or, the attorneys may follow up on this with you in a few minutes.)

6. Do you believe that a person with a business dispute should not file a lawsuit to resolve the dispute? If yes, please raise your hands. Why? (Or, the attorneys may follow up on this with you in a few minutes.)

7. In the business case you will hear if you are selected for this jury, one of the partners in the business in question lives in Oklahoma. The other lives in Oregon. Does anyone believe the Oklahoma partner should be treated differently because he lives in Oklahoma? If yes, please raise your hands. Please explain your answer. (Or, the attorneys may follow up on this with you in a few minutes.)

8. Do you have any views about written contracts? If yes, please raise your hands. Please describe them. (Or, the attorneys may follow up on this with you in a few minutes.)

9. Other than in your personal life, have your ever had an experience in which you believe an oral or written agreement or promise was violated? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

10. Have you or anyone close to you ever been accused of committing fraud or suffered a loss of some kind due to what you considered to be fraudulent behavior on someone else's part? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

11. Have you or anyone close to you ever faced a time when you had difficulty paying your bills or making the payments on loans, rent, credit cards, etc.? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

12. Are you now or have you ever been involved in a separation or divorce in which the handling of money and property issues were the subject of disagreement between you and your spouse or ex-spouse? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

13. Have you or anyone close to you worked for or done business with Express Employment Professionals or Express Services, Inc.? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

14. Have you ever heard of Mr. Robert or Bob Funk? If yes, please raise your hands. Please tell us what you know about him. (Or, the attorneys may follow up on this with you in a few minutes.)

15. Have you ever seen an advertisement featuring Mr. Funk? If yes, please raise your hands. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

16. I am going to read you a list of some of the businesses that are owned wholly or in part by Mr. Funk. Please let me know if you have knowledge about any of them, have done business with any of them, or if you or an immediate family member have worked for any of them. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

Arden & Associates
BFJ Trust
Blonde Bear
Boomerang Air
Brookhaven West
CBF Enterprises
Centennial Properties
Express Cattle Feeding
Express Clydesdales
Express Entertainment
Express Futures Beef
Express Lazy E
Express Properties
Express Racing
Express Ranches
Express Ranches Beef
Express Retirement
Express Rodeo
Express Sports
Express Sports Agency
Express Sports Merchandise
Express Travel Service
Expressway Estates
Funk Companies
Golden Rule Sports
Grunerwald Ranch
Houston Personnel Services
Loan Oak Holding Company
Loan Oak Investments
Lone Oak Ridge
Oklahoma City Barons
Oklahoma City Blazers
OKC Properties
Oklahoma Temporary Services
Phase Land and Development
Piedmont Tag Agency
Prodigal Hockey
Prodigal Media
RAF Properties
RAF Landscaping
Robyn Promotions
Shawnee Ranches
St. James Hotel
Strategic Insurance Solutions
Thoroughbred Trust
Toughest Sport on Dirt
UU Bar Ranch
Village Verde Developers

17. Have you ever heard of Mr. William or Bill Stoller? If yes, please raise your hands. Please tell us what you know about him. (Or, the attorneys may follow up on this with you in a few minutes.)

18. I am going to read you a list of some of the businesses that are owned wholly or in part by Mr. Stoller. Please let me know if you have knowledge about any of them, have done business with any of them, or if you or an immediate family member have worked for any of them. Please describe the situation. (Or, the attorneys may follow up on this with you in a few minutes.)

The Stoller Group
Stoller Vineyards
Xenium Resources

19. I am going to read you a list of the potential witnesses in this case. Please let me know if you have heard of any of them. What do you know about them? (Or, the attorneys may follow up on this with you in a few minutes.)

Robert Bartunek
Cory Benton
Tony Bostwick
Andrea Boutwell
John Boyle
Elaine Brink
Jim Britton
Jeri Craig
Lewis Cunningham
Michael Deeba
Ty Downs
Doug Eaton
Robert Fellinger
Nedra Funk
Cina Gailey
Robert Gibson
Dave Gillogly
Daniel Jackson
Harvey Homsey
Victor Hughes
Carol Lane
Duke Ligon
Michael Marconi
Keith McFall
Gary McSpadden
Cheryl Moreno
Mack Morgan
Patti Morgan
Terry Moskus
John Moye
Robert Murrell
Fred Muse
Alan Niemann
David Payne
Cole Ramey
Tom Richards
Tony Rupert
Jeff Rycroft
Evelyn Smith
Marc Steinberg
Benjamin Voss
Law firm Crowe & Dunlevy

20. I am going to read you a list of the lawyers involved in this case. Please let me know if you have heard of any of them. What do you know about them? (Or, the attorneys may follow up on this with you in a few minutes.)

DATED this 25th day of February, 2014.

s/ Jeffrey T. Sagalewicz
Dennis P. Rawlinson (*pro hac vice*), Oregon State Bar #763028
Joshua M. Sasaki (*pro hac vice*), Oregon State Bar #964182
Jeffrey T. Sagalewicz (*pro hac vice*), Oregon State Bar #054660
MILLER NASH LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Fax: (503) 224-0155
E-mail: dennis.rawlinson@millernash.com
josh.sasaki@millernash.com
jeff.sagalewicz@millernash.com

Oliver S. Howard, OBA #4403
Scott R. Rowland, OBA #11498
Amelia A. Fogleman, OBA #16221
Graydon Dean Luthey, Jr., OBA #5568
GABLE GOTWALS
1100 ONEOK Plaza, 100 West Fifth Street
Tulsa, Oklahoma 74103-4217
Telephone: (918) 595-4800
Fax: (918) 595-4990
E-mail: ohoward@gablelaw.com
afogleman@gablelaw.com
dluthey@gablelaw.com

W.A. "Drew" Edmondson, OBA #2628
GABLE GOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102-7101
Telephone: (405) 235-5500
Fax: (405) 235-6060
E-mail: dedmondson@gablelaw.com

*Of Attorneys for Plaintiff William H. Stoller*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on February 25, 2014, I electronically transmitted the attached Plaintiff's Proposed Voir Dire to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. George S. Corbyn, Jr.
Mr. Joe M. Hampton
Ms. Amy J. Pierce
Corbyn Hampton PLLC
211 N. Robinson Avenue, Suite 1910
Oklahoma City, Oklahoma 73102
Fax: (405) 702-4348
E-mail: gcorbyn@corbynhampton.com
jhampton@corbynhampton.com
apierce@corbynhampton.com

*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust*

Mr. Jay P. Walters
Mr. Nicholas V. Merkley
Mr. Terry W. Tippens
Fellers Snider Blankenship Bailey & Tippens-OKC
100 N. Broadway Avenue, Suite 1700
Oklahoma City, Oklahoma 73102-8820
Fax: (405) 232-9659
E-mail: jwalters@fellerssnider.com
nmerkley@fellerssnider.com
ttippens@fellerssnider.com

*Attorneys for Defendants Robert A. Funk and the Robert A. Funk Trust*

Mr. Gary S. Chilton
Mr. Stephen R. Johnson
Mr. James E. Warner III
Mr. Gideon A. Lincecum
Holladay & Chilton PLLC
204 N. Robinson Avenue, Suite 1550
Oklahoma City, Oklahoma 73102
Fax: (405) 236-2349
E-mail: gchilton@holladaychilton.com
sjohnson@holladaychilton.com
jwarner@holladaychilton.com
glincecum@holladaychilton.com

*Attorneys for Defendant Robert E. Fellinger*

Mr. Robert W. Nelson
Mr. Guy R. Wood
Mr. Brett M. Stingley
Nelson Terry Morton DeWitt Paruolo & Wood
Post Office Box 138800
Oklahoma City, Oklahoma 73113
Fax: 405-705-2573
Email: rnelson@ntmdlaw.com
guywood@ntmdlaw.com
bstingley@ntmdlaw.com

*Attorneys for Defendant Jeri Craig*

////

////

////

////

////

Mr. Cole B. Ramey
Mr. Michael V. Marconi
Crouch & Ramey LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Fax: 214-922-7101
Email: cramey@crouchfirm.com
mmarconi@crouchfirm.com

*Attorneys for Nominal Defendant Express Services, Inc.*

Ms. Crystal A. Johnson
Mr. Kiran A. Phansalkar
Conner & Winters-OKC
211 N. Robinson Avenue, Suite 1700
Oklahoma City, Oklahoma 73102
Fax: 405-232-2695
Email: cjohnson@cwlaw.com
kphansalkar@cwlaw.com

*Attorneys for Nominal Defendant Express Services, Inc.*

s/ Jeffrey T. Sagalewicz
Jeffrey T. Sagalewicz
MILLER NASH LLP
*Of Attorneys for Plaintiff William H. Stoller*

PDXDOCS:2027708.1