# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WILLIAM H. STOLLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-11-294-C |
| | ) | |
| ROBERT A. FUNK *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

Defendants Robert A. Funk and the Robert A. Funk Trust submit the following supplemental exhibits for trial:

| No. | Date | Bates No. | Description |
|---|---|---|---|
| 300. | 3/2006 | | Blank March 2006 Calendar |
| 301. | 12/25/2011 | ESI 1187515-ESI 1187581 | Express Employment Professionals Financial Reports as of December 25, 2011 |
| 302. | 12/30/2012 | ESI 1131349-ESI 1131415 | Express Employment Professionals Financial Reports as of December 30, 2012 |
| 303. | | | ESI Advertisement |
| 304. | | | March 2006 Timeline Demonstrative |
| 305. | 2/25/2014 | | First Supplemental Written Report of Expert Testimony by David R. Payne |
| 306. | 2006-2012 | | Liquidity and Cash Flow Summary (Exhibit 37-S to First Supplemental Written Report of Expert Testimony by David R. Payne) |
| 307. | 2006-2012 | | Liquidity and Cash Flow Resources Measurement (Exhibit 38-S to First Supplemental Written Report of Expert Testimony by David R. Payne) |

| No. | Date | Bates No. | Description |
|---|---|---|---|
| 308. | 2005-2012 | | Exhibit 39-S First Supplemental Written Report of Expert Testimony by David R. Payne |
| 309. | 2005-2012 | | Robert Funk Personal Income Statement by Receipts & Disbursements (Exhibit 40-S to First Supplemental Written Report of Expert Testimony by David R. Payne) |
| 310. | | | Exhibit 173-S to First Supplemental Written Report of Expert Testimony by David R. Payne |
| 311. | | | Exhibit 174-S to First Supplemental Written Report of Expert Testimony by David R. Payne |

Respectfully submitted,

s/George S. Corbyn, Jr.
George S. Corbyn, Jr., OBA No. 1910
Joe M. Hampton, OBA No. 11851
Amy J. Pierce, OBA No. 17980
CORBYN HAMPTON, PLLC
211 North Robinson, Suite 1910
Oklahoma City, Oklahoma  73102
Telephone:    (405) 239-7055
Facsimile:    (405) 702-4348
gcorbyn@corbynhampton.com
jhampton@corbynhampton.com
apierce@corbynhampton.com

-and-

        Terry W. Tippens, OBA No. 9027
        Jay P. Walters, OBA No. 17364
        Nicholas V. Merkley, OBA No. 20284
        FELLERS, SNIDER, BLANKENSHIP,
        BAILEY & TIPPENS, P.C.
        100 North Broadway, Suite 1700
        Oklahoma City, Oklahoma 73102
        Telephone: (405) 232-0621
        Facsimile: (405) 232-9659
        ttippens@fellerssnider.com
        jwalters@fellerssnider.com
        nmerkley@fellerssnider.com

        **ATTORNEYS FOR DEFENDANTS**
        **ROBERT A. FUNK AND**
        **THE ROBERT A. FUNK TRUST**

## CERTIFICATE OF SERVICE

     I hereby certify that on February 26, 2014 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                                            s/ George S. Corbyn, Jr.
                                            George S. Corbyn, Jr.