IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date:  March 4, 2014

| | | |
|---|---|---|
| WILLIAM H. STOLLER, an individual and trustee of the William H. Stoller Trust, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-11-294-C |
| ROBERT A. FUNK, an individual and trustee of the Robert A. Funk Trust, and the ROBERT A. FUNK TRUST, | ) ) ) ) ) | |
| Defendants. | ) | |

TO:  ROBERT D. DENNIS, CLERK OF COURT:

   Please enter the following minute order in the above entitled case:

   Any pretrial filings due before Thursday, March 6, 2014, may be filed on that date.  The docket call scheduled for Wednesday, March 5, 2014, is stricken, to be reset, if necessary.  Jury selection will take place on Tuesday, March 11, 2014, but the trial will not begin until Tuesday, March 18, 2014.

                                    _____
                                    ROBIN J. CAUTHRON
                                    United States District Judge